# IN THE SUPREME COURT OF THE STATE OF NEVADA

DIEL LAMONT FLANNIGAN,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 83500

**FILED**

OCT 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a pretrial motion to reduce bail. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Because no statute or court rule permits an appeal from an order denying a pretrial motion to reduce bail, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-28291

cc: Hon. Joseph Hardy, Jr., District Judge
Nguyen & Lay
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk